UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
  BETTY E VILLAREAL

CASE NO. 07 B 24498

CHAPTER 13

JUDGE: JOHN H SQUIRES

    Debtor  
SSN XXX-XX-1191

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/29/07 and confirmed on 02/22/08.

2. The case was dismissed after confirmation, 08/29/2008.

3. The Debtor paid a total of $ 1210.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 11647.54 | .00 | .00 |
| GREENBROOK TANGLEWOOD | SECURED | 2998.61 | 24.54 | 155.71 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14646.15 | .00 | .00 | .00 | 14646.15 |
| PRINCIPAL PAID | 155.71 | .00 | .00 | .00 | 155.71 |
| INTEREST PAID | 24.54 | .00 | .00 | .00 | 24.54 |
| TOTAL PAID | 180.25 | .00 | .00 | .00 | 180.25 |

The Debtor's attorney, GREGORY J MARTUCCI            , was allowed $ 3000.00 and was paid $   476.00  direct and $    959.57  through the plan.

The Trustee received $     70.18 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.

Dated: 11/13/08 /S/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 24498 BETTY E VILLAREAL